Affidavit of Service



**MALLILO & GROSSMAN STEVE SIMON**
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

**ARSHPREET SINGH**

PLAINTIFF

- vs -

**THE CITY OF NEW YORK, ET AL.,**

DEFENDANT

index No. **1:20-CV-02072-BMC**
Date Filed
Office No. **1900381**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **KINGS**   :SS:

**DIANA REVZIN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on **13th day of May, 2020** I served via E-mail a copy of the

**SUMMONS IN A CIVIL ACTION AND VERIFIED COMPLAINT, JURY TRIAL DEMANDED**

to **THE CITY OF NEW YORK**
the **DEFENDANT** at
**SERVICEECF@LAW.NYC.GOV**

Email address is specifically designated by the entity so served as shown on their website on the date of said service by electronic means. A confirmation of delivery is attached hereto.

I have read this affidavit and it is true and correct.

COMMENTS:

Sworn to before me this
14TH day of MAY, 2020

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

Queens County

DIANA REVZIN
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-M&G-3237815

2a