

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ANGHARAD K. WILSON**<br>*Senior Counsel*<br>Phone: (212) 356-2572<br>Fax: (212) 356-3509<br>awilson@law.nyc.gov |

September 10, 2020

**BY ECF**
Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Arshpreet Singh v. City of New York, et al.</u>, 20-cv-2072 (BMC)(JO)

Your Honor:

      I am a Senior Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York and counsel for defendant City of New York. I write to submit the enclosed Stipulation and [Proposed] Protective Order dated September 8, 2020 for the Court's endorsement.

      Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Angharad Wilson*

Angharad Wilson
Senior Counsel

cc:    All Counsel (via ECF)